■ In the Matter of ADAM COHEN et al., Petitioners, v BERNARD J. FRIED et al., Respondents. [718 NYS2d 817] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without prejudice to raising the same or similar arguments on direct appeal from a judgment of conviction, if any, under Supreme Court, New York County Ind. No. 1474/2000, entitled *People v Adam Cohen et al.*, without costs or disbursements. No opinion. Concur—Tom, J. P., Ellerin, Wallach, Lerner and Buckley, JJ.

■ TOBY FELDMAN INCORPORATED v AGINS DOLGIN SIEGEL & BERNSTEIN. [720 NYS2d 776] —Leave to appeal from the Appellate Term denied. (*See, Rosenberg Selsman Rosenzweig & Co. v Slutsker*, 278 AD2d 145.) Concur—Rosenberger, J. P., Williams, Andrias, Buckley and Friedman, JJ.

■ PEOPLE v PETER GRADO. [723 NYS2d 351] —Unpublished order of this Court entered on October 10, 2000 (M-5799) vacated; appeal reinstated; and counsel substituted, all as indicated. Concur—Tom, J. P., Ellerin, Rubin, Saxe and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD MARTIN CONTINO, Admitted in 1969, at a Term of the Appellate Division, Second Department. [720 NYS2d 776] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 230 AD2d 366.]